IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANLOGIC SCOUT DEVELOPMENT,
LLC, et al.

                      Petitioners,

      v.

SCOTT HOLDINGS, INC.,

                 Respondent.

CIVIL ACTION
NO. 16-5042

## ORDER

**AND NOW**, this 12th day of July 2017, upon consideration of Petitioners Franlogic Scout Development LLC, Ed Samane, Lisa Kornstein, Howard Soloway, and Steve Pruitts' Petition to Compel Arbitration (Doc. No. 1), Respondent Scott Holdings, Inc.'s Motion to Dismiss the Petition to Compel Arbitration (Doc. No. 2), Petitioners' Response in Opposition to the Motion to Dismiss (Doc. No. 7), Respondent's Reply (Doc. No. 8), Petitioners' Supplemental Brief (Doc. No. 13), Respondent's Supplemental Brief (Doc. No. 14), arguments made by counsel for the parties at the hearing held on February 7, 2017, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Petition to Compel Arbitration (Doc. No. 1) is **DENIED**.

2. Respondent's Motion to Dismiss the Petition to Compel Arbitration (Doc. No. 2) is **GRANTED**.

3. This case shall be closed for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.