IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANLOGIC SCOUT DEVELOPMENT, LLC, et al., <br><br> Petitioners, <br><br> v. <br><br> SCOTT HOLDINGS, INC., <br><br> Respondent. | CIVIL ACTION <br> NO. 16-5042 |

# **ORDER**

**AND NOW**, this 30th day of April 2018, upon consideration of Respondent's Motion to Expand Time to Move for Attorneys' Fees and Motion for Attorneys' Fees (Doc. No. 19), Petitioners' Memorandum of Law in Opposition to Motion to Extend Time and in Opposition to Motion for Attorneys' Fees (Doc. No. 20), the Reply in Support of Respondent's Motion to Expand Time to Move for Attorneys' Fees (Doc. No. 21), and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that the Motions (Doc. No. 19) are **DENIED**. This case shall remain closed for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.